MORRIS MAY, Respondent, *v.* HETTRICK BROTHERS COMPANY, Appellant.

*Appeal — motion to dismiss appeal denied.*

Reported below, 200 App. Div. 754.

(Submitted July 12, 1922; decided July 12, 1922.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 19, 1922, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that there were no questions of law for review.

*John E. Tracy* for motion.

*Alvin M. Higgins* opposed.

Motion denied, with ten dollars costs.

---

EDWIN B. HOLMES et al., Appellants, *v.* ROBERT M. McCRORY, Respondent.

*Appeal — reversal by Appellate Division of order of Special Term denying motion to vacate order of arrest — not appealable of right to Court of Appeals.*

*Holmes* v. *McCrory,* 202 App. Div. 739, appeal dismissed.

(Submitted July 12, 1922; decided July 12, 1922.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 12, 1922, which reversed an order of Special Term denying a motion to vacate an order of arrest and granted said motion.

The motion was made upon the ground that an appeal did not lay as of right to the Court of Appeals and that permission to appeal had not been granted.

*William P. McCool* for motion.

*Joseph B. Kaufman* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.